UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
CIVIL STANDARD MINUTES

Date **4/4/2024**

**Wynne**

Vs.

**East Hartford et al**

Start Time **9:36**    End Time **1:47**

Recess (if more than ½ hr) _____ to _____

Total Time **4** hour(s) **11** minute(s)

Case # **3:20-cv-01834**

Honorable Judge **Janet C. Hall**

Deputy Clerk **L. Barry**

Counsel for Pla(s) **Cohen, Indellicati, Phillipps**

Counsel for Dft(s) **Maccini, Nielsen, Rose**

Reporter/ECRO/Courtsmart **Terri Fidanza**

Interpreter _____ Language _____

Hearing held ☑ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ■ Motion/Oral Argument **71** | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ■ Pretrial Conference **180** | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

■ Motion **in Limine (Doc. 211) (term. as moot)** filed by ☐ Pla ■ Dft ☐ granted ■ denied ☐ taken under advisement

■ Motion **in Limine (Doc. 212)** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion **in Limine (Doc. 213)** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

■ Motion **in Limine (Doc. 214)** filed by ☐ Pla ■ Dft ☐ granted ☐ denied ■ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____    ☐ Proposed Findings due _____    Response due _____

☐ Status report due _____

■ Jury selection scheduled for April 8th at 8:30 AM, evidence to begin on April 24th

## NOTES

**MOTION in Limine re Indemnification (Doc. 215) (terminated as moot)**
**MOTION in Limine to Preclude the Descriptor's "Children's Pumpkin Carving Knives" & "Cement Floor" (Doc. 216) (terminated as moot)**
**MOTION in Limine to Preclude Trial Testimony by Plaintiff's Expert Roger Clark (Doc. 217)(taken under advis)**
**MOTION in Limine to Preclude Trial Testimony from Any Lay or Expert Witness (Doc. 218)(taken under advis)**
**MOTION in Limine to Preclude Trial Testimony by Plaintiff's Expert Attorney Kathleen Flaherty(Doc. 219)(taken under advis)**
**MOTION in Limine to Preclude Certain Testimony by Johnnie Gladstone (Doc. 220)(denied)**
**MOTION in Limine to Preclude Evidence of Behavior When Medicated v. When Not Medicated (Doc. 221)(denied)**
**MOTION in Limine to Preclude Evidence of Decedent's Life Expectancy (Doc. 222)(moot)**

MOTION in Limine to Preclude Evidence and Testimony of the Word "Homicide" (Doc. 223) (taken under advisement)
MOTION in Limine to Preclude Plaintiff's Exhibit 21 (Doc. 224) (taken under advisement)
MOTION in Limine to Preclude Expert Testimony as to Life Expectancy (206) (granted)