**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **4/8/2024**

**Wynne**

Vs.

**East Hartford et al**

Start Time **12:07**   End Time **4:15**

Recess (if more than ½ hr) **1:54** to **2:28**

Total Time **3** hour(s) **34** minute(s)

Case # **3:20-cv-01834**

Honorable Judge **Janet C. Hall**

Deputy Clerk **L. Barry**

Counsel for Pla(s) **Cohen, Indellicati, Phillipps**

Counsel for Dft(s) **Maccini, Nielsen, Rose**

Reporter/ECRO/Courtsmart **Terri Fidanza**

Interpreter_____ Language _____

Hearing held ☑ in person ☐ by video ☐ by telephone

## HEARING AND TIME

| ◼ Motion/Oral Argument 180 | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| --- | --- | --- |
| ☐ Judgment Debtor Exam ____ | ◼ Pretrial Conference 34 | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

◼ Motion in Limine to Preclude Testimony (205) filed by ◼ Pla ☐ Dft ◼ granted ☐ denied ☐ taken under advisement

◼ Motion in Limine to Preclude Evidence (207) filed by ◼ Pla ☐ Dft ◼ granted ☐ denied ☐ taken under advisement

◼ Motion in Limine to Preclude Evidence (208) filed by ◼ Pla ☐ Dft ◼ granted ☐ denied ☐ taken under advisement

◼ Motion in Limine Re:Testimony (209) filed by ◼ Pla ☐ Dft ◼ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

MOTION in Limine to Bar Trial Testimony by Lt. Craig Browning and Lt. Robert Shelby (210) (taken under advise.)
MOTION in Limine to Preclude Certain Plaintiff's Autopsy Images and Image after Brain Surgery (212) (granted)
MOTION in Limine to Preclude Plaintiff's Childhood Photos (213) (taken under advise.)
MOTION in Limine to Preclude Plaintiff Suggestion of Specific Dollar Amount (214) (granted in part, denied in part)
MOTION in Limine to Preclude Trial Testimony by Plaintiff's Expert Roger Clark (217) (denied)
MOTION in Limine to Preclude Trial Testimony from Any Lay or Expert Witness Related to Causation (218) (granted in part, denied in part)
MOTION in Limine to Preclude Trial Testimony by Plaintiff's Expert Attorney Kathleen Flaherty (219) (denied)
MOTION in Limine to Preclude Evidence and Testimony of the Word "Homicide" (223) (granted)
MOTION in Limine to Preclude Plaintiff's Exhibit 21 (224) (taken under advise.)
MOTION in Limine to Preclude Admission of Exhibit A to Plaintiff's Exhibit 5 (225) (granted)
MOTION in Limine to Preclude Plaintiff's Exhibit 28 (226) (taken under advise.)
MOTION in Limine to Preclude Plaintiff's Exhibit 20 (227) (denied)
MOTION in Limine Regarding The Surveillance Video at Heritage Gardens (228) (denied)
MOTION in Limine re Plaintiff's Nondisclosed Witnesses Rocco Pograno and Attorney David Cohen (253) (denied in part, terminated as moot)
MOTION to Withdraw 260 Exhibit Defendants' Request for Withdrawal of Document 260 from Court Docket (266) (granted)
Supplemental MOTION in Limine re: Plaintiff's Exhibit 21 (276) (taken under advise.)

Rev. 3/21/24