**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date **4/19/2024**

**Wynne**

Vs.

**East Hartford**

Start Time **3:03PM**    End Time **5:11PM**

Recess (if more than ½ hr) _____ to _____

Total Time **2** hour(s) **8** minute(s)

Case # **20CV1834**

Honorable Judge **Janet C. Hall**

Deputy Clerk **C. Sichanh**

Counsel for Pla(s) **D. Cohen, L. Indellicati, Z. Phillips**

Counsel for Dft(s) **M. Rose, K. Maccini, M. Nielsen**

Reporter/ECRO/Courtsmart **T. Fidanza**

Interpreter _____ Language _____

Hearing held  ☐ in person  ☑ by video  ☐ by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ◼ Motion/Oral Argument  **48** | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ◼ Pretrial Conference  **1** | ☐ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

◼ Motion **in Limine #210** _____ filed by ◼ Pla ☐ Dft ◼ granted ◼ denied ☐ taken under advisement

◼ Motion **#295** _____ filed by ◼ Pla ◼ Dft ☐ granted ☐ denied ◼ taken under advisement

◼ Motion **in Limine #224** _____ filed by ☐ Pla ◼ Dft ☐ granted ☐ denied ◼ taken under advisement

◼ Motion **in Limine #276** _____ filed by ☐ Pla ◼ Dft ☐ granted ☐ denied ◼ taken under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____  ☐ Proposed Findings due _____  Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

**Motion in Limine by defendant #226- terminated as moot**
**Motion in Limine by defendant #213- granted in part and denied in part for the reasons stated on the record with relationship to exhibit #37**

**Amended Exhibit List due by 4/23/2024 at noon**
**Glossary Terms plus supplement due by close of business on 4/23/2024**

Rev. 3/21/24